# UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>v.<br><br>DAVID C. BOWLES,<br><br>    Defendant | )<br>)<br>)<br>)<br>)  Criminal No. 05-46-P-S<br>)<br>)<br>)<br>)<br>) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

  The United States Magistrate Judge filed with the Court on September 15, 2005, his Recommended Decision (Docket No. 30).  Defendant filed his Objection to the Recommended Decision (Docket No. 33) on October 3, 2005.  Government filed its Response to Objection (Docket No. 37) on October 20, 2005.

    I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore ORDERED that the Recommended
          Decision of the Magistrate Judge is hereby AFFIRMED.

    2.    Defendant's Motion to Suppress Evidence (Docket #18)
          is DENIED.

                                                   /s/ George Z. Singal
                                                   Chief U.S. District Judge

Dated this 21st day of November, 2005.